O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WOODS,<br><br>            Petitioner,<br><br>      v.<br><br>MARION E. SPEARMAN, Warden,<br><br>            Respondent. | Case No. 2:19-cv-10804-JAK-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 20).  Plaintiff indicated that he does not object to the Report and Recommendation.  (Dkt. 21.)  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition on the merits.

DATED: September 11, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE