JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WOODS,<br><br>    Petitioner,<br><br>    v.<br><br>MARION E. SPEARMAN, Warden,<br><br>    Respondent. | Case No. 2:19-cv-10804-JAK-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 11, 2020

    JOHN A. KRONSTADT
    UNITED STATES DISTRICT JUDGE